UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**WALTER SCHOENDORFF, as
personal representative of John
Schoendorff, deceased,**

       Plaintiff,

                                        Civil No. **10-11502**
                                        Hon. John Feikens

       v.

**FEDERAL EXPRESS CORPORATION,**

       Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **6/25/2010,** and noted that no objections were filed by either party,

**IT IS ORDERED** that the Report is adopted and entered as the findings and conclusions of this court.

                                                            **s/John Feikens**
                                                           John Feikens
                                                           United States District Judge

Dated: July 15, 2010

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on July 15, 2010.

s/Carol Cohron
Deputy Clerk